IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

USA v. GERALD JAMES VIARRIAL

NO. CR 15-214-MV

**FILED**
at Santa Fe, NM

DEC 1 6 2015

MATTHEW J. DYKMAN
CLERK

DATE: 12·16·15

TIME: 5:01

QUESTION: On jury instruction #23, what is included in the term "mental faculty"?

RESPONSE: See attached

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

**APPROVED BY:**
Kyle Nayback, Esq.
Novaline Wilson, Esq.
Todd Hotchkiss, Esq.

# ANSWER TO JURY QUESTION NO. 1

"Mental faculty," as that term is used in Instruction No. 23, should be defined by the jury in light of its common sense and experience.