IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
at Santa Fe, NM
DEC 16 2015
MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERALD VIARRIAL,

Defendant.

No. 15-CR-0214-MV-001

## VERDICT

**WE, THE JURY,** find the Defendant, **GERALD VIARRIAL**,

___Guilty___, of assaulting Jane Doe with a dangerous weapon,
(*Guilty* or *Not Guilty*)

that is, a handgun, with intent to do bodily injury, as charged in Count

1 of the Indictment.

**WE, THE JURY,** find the Defendant, **GERALD VIARRIAL**,

___Guilty___, of assaulting John Doe 1 with a dangerous
(*Guilty* or *Not Guilty*)

weapon, that is, a handgun, with intent to do bodily injury, as charged

in Count 2 of the Indictment.

WE, THE JURY, find the Defendant, GERALD VIARRIAL,

__Guilty__, of assaulting John Doe 2 with a dangerous
(*Guilty* or *Not Guilty*)

weapon, that is, a handgun, with intent to do bodily injury, as charged

in Count 3 of the Indictment.


WE, THE JURY, find the Defendant, GERALD VIARRIAL,

__Guilty__, knowingly carried, possessed, and brandished a
(*Guilty* or *Not Guilty*)

firearm during and in relation to and in furtherance of the crimes

charged in Counts 1, 2, and 3, as charged in Count 5 of the Indictment.


- If your verdict as to Count 5 is "guilty," do you also find, beyond a reasonable doubt, that the Defendant, **GERALD VIARRIAL**, used or carried a firearm? __yes__
  (*Yes or No*)

- If your verdict as to Count 5 is "guilty," do you also find, beyond a reasonable doubt, that the Defendant, **GERALD VIARRIAL**, brandished a firearm? __yes__
  (*Yes or No*)

WE, THE JURY, find the Defendant, **GERALD VIARRIAL**,

__Guilty__, of assaulting John Doe 1 and that the assault
(*Guilty* or *Not Guilty*)

resulted in serious bodily injury, as charged in Count 6 of the

Indictment.


WE, THE JURY, find the Defendant, **GERALD VIARRIAL**,

__Not Guilty__, of knowingly, intentionally, and negligently, and
(*Guilty* or *Not Guilty*)

without justifiable cause, causing or permitting John Doe 1, a child

under the age of 18, to be placed in a situation that may have

endangered the child's life or health, as charged in Count 7 of the

Indictment.


DATED THIS 16th DAY OF DECEMBER, 2015.



FOREPERSON