# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before the Honorable Martha Vázquez*

| | |
|---|---|
| **Case No.:** CR 15-214-MV | **Date:** December 16, 2015 |
| **Title:** USA v. Gerald James Viarrial | |
| **Courtroom Clerk:** Andrew L. Kincaid | **Court Reporter:** Susan B. Sperry |
| **Court in Session:** 8:49 A.M. | **Court in Recess:** 8:56 p.m. |

TOTAL TIME IN COURT = 5 hours, 9 minutes

**TYPE OF PROCEEDING:** Jury Trial – Day 3

**COURT'S RULINGS AND/OR DISPOSITION:** Jury returns verdict of Guilty on Counts 1, 2, 3, 5 and 6, Not Guilty on Count 7

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**

AUSA Kyle Nayback

AUSA Novaline Wilson

**ATTORNEY(S) FOR DEFENDANT:**

Todd Hotchkiss, Esq.

**PROCEEDINGS:**

| | | |
|---|---|---|
| 8:49 | A.M. | Court in Session, takes up preliminary matters. |
| 8:52 | A.M. | Court in recess. |
| 9:05 | A.M. | Court returns, jury returns, government calls RV, duly sworn, begin direct examination by AUSA Wilson. |
| 9:21 | A.M. | End direct examination, begin cross-examination by Defense. |
| 9:50 | A.M. | End cross-examination by Defense, witness excused. |
| 9:51 | A.M. | Government calls Sgt. Jon Lopez, Pueblo of Pojoaque Tribal Police Dept, duly sworn, direct examination by AUSA Wilson. |
| 9:59 | A.M. | Government's Exs. 6 & 7, consent to search forms, admitted without objection. |
| 10:07 | A.M. | Government's Ex. 22 firearm found in safe (S&W), admitted without objection. |
| 10:08 | A.M. | Government's Ex. 23 firearm found in safe (S.A.), admitted without objection. |

| | |
|---|---|
| 10:08 A.M. | Government's Ex. 24 firearm found in safe (P.A.), admitted without objection. |
| 10:09 A.M. | Government's Ex. 25 firearm found in safe (S&W), admitted without objection. |
| 10:14 A.M. | End direct examination by AUSA Wilson, begin cross-examination by Defense. |
| 10:19 A.M. | End cross-examination by Defense, witness excused. |
| 10:20 A.M. | Government calls Kevin Strine, forensic scientist with N.M. crime lab. |
| 10:25 A.M. | Mr. Strine admitted as an expert in firearm analysis, identifies Ex. 22-25. |
| 10:30 A.M. | End direct exam by AUSA Wilson, begin cross-examination by Defense. |
| 10:31 A.M. | End cross-examination, witness excused. |
| 10:31 A.M. | Government Ex. 5, stipulation re: Indian Country and Indian Status, admitted without objection, read aloud for the jury. |
| 10:34 A.M. | Government rests, Court in recess. |
| 10:56 A.M. | Defense makes directed verdict/judgment of acquittal motion, renews all prior motions and objections. |
| 10:57 A.M. | Government opposes the Motion. |
| 10:59 A.M. | Court denies Motion, jury returns. |
| 11:00 A.M. | Defense calls Marilyn Archuleta, duly sworn, begin direct exam. |
| 11:06 A.M. | End direct-exam, begin cross-examination by AUSA Nayback. |
| 11:16 A.M. | End cross-exam, re-direct by Defense. |
| 11:17 A.M. | End re-direct, witness excused. |
| 11:17 A.M. | Defense calls Anthony Archuleta, duly sworn, begin direct examination. |
| 11:21 A.M. | End direct exam, begin cross-exam by AUSA Nayback. |
| 11:26 A.M. | End cross-exam, begin re-direct. |
| 11:27 A.M. | End re-direct, witness excused. |
| 11:27 A.M. | Defense calls Defendant, Gerald Viarrial. |
| 11:49 A.M. | End direct exam, begin cross-exam by AUSA Nayback. |
| 12:13 P.M. | End cross-exam, witness excused. |
| 12:13 P.M | Defense rests. |
| 12:15 P.M. | Court dismisses jury until 2:15 P.M. |
| 1:47 P.M. | Court returns, discuss alternate juror. |
| 1:51 P.M. | Court takes up jury instructions. All instructions accepted without objection. Government estimates 20 minutes, Defenses estimates 30 minutes for closing. |
| 2:15 P.M. | Court returns, jury returns, jury instructions distributed, Court reads jury instructions. |
| 2:53 P.M. | Begin closing argument by government per AUSA Novaline Wilson. |
| 3:08 P.M. | End closing by government, begin closing by Defense. |
| 3:37 P.M. | End closing by Defense, begin rebuttal closing by government. |
| 3:52 P.M. | End rebuttal closing by government per AUSA Nayback. |
| 3:52 P.M. | Alternate witnesses excused, remaining jurors instructed on logistics. |
| 3:57 P.M. | Jury sent to deliberate. |
| 8:48 P.M. | Jury returns with verdict, read aloud by court:<br>**Count 1: Guilty**<br>**Count 2: Guilty**<br>**Count 3: Guilty**<br>**Count 5: Guilty   USE (YES)   BRANDISH (YES)**<br>**Count 6: Guilty**<br>**Count 7: Not Guilty** |

8:53  P.M.    Court thanks jury for service.
8:55  P.M.    Jury dismissed.
8:56  P.M.    Court in recess.